UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| James Oakes,<br><br>        Plaintiff,<br><br>    v.<br><br>Rokfi, LLC,<br><br>        Defendant. | Case No.: 2:22-cv-04727-GRB-AYS<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Plaintiff James Oakes files this stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case, with each side bearing its own costs and fees. This dismissal resolves the entire action.

Dated: October 17, 2022

| | |
|---|---|
| /s/ *Anna Badalian* | */s/ David H. Green* |
| Anna Badalian | David H. Green |
| LawHQ, P.C. | Campolo, Middleton & McCormick, LLP |
| 299 S. Main St. #1300 | 4175 Veterans Memorial Hwy., Ste. 400 |
| Salt Lake City, UT 84111 | Ronkonkoma, NY 11779 |
| 385-285-1090 | 631-738-9100 |
| anna.badalian@lawhq.com | dgreen@cmmllp.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |